IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CAROL YVONNE CUNNINGHAM, | : | Case No. 1:24-cv-273 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| | : | |
| JERMISHA HENRY, | : | |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Magistrate Judge Bowman recommended that Plaintiff's complaint be dismissed with prejudice for failing to state a claim for relief. (*Id.* at Pg. ID 50.) Plaintiff filed a Notice, albeit untimely, after Magistrate Judge Bowman issued her Report. (Doc. 5.) Thus, the matter is ripe for review.

In her Notice, which the Court construes as objections to the Report and Recommendation, Plaintiff discusses several issues involving her neighbors, insurance coverage, and healthcare. (*See* Notice, Doc. 5.) That said, she does not contest the Magistrate Judge's reasoning or conclusions. This failure to identify specific issues in the Magistrate Judge's Report is tantamount to a failure to object. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995); *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505, 509 (6th Cir. 1991). In any event, the Court agrees that Plaintiff has not stated a claim for relief.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of this record. Upon review, the Court finds that Plaintiff's Objections (*see* Notice, Doc. 5) are not well-taken and are accordingly **OVERRULED**. Thus, the Court **ADOPTS** Magistrate Judge Bowman's Report and Recommendation (Doc. 4) in its entirety and **ORDERS** the following:

1. The Complaint is **DISMISSED WITH PREJUDICE**;

2. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons discussed above, an appeal of this Order would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal in forma pauperis; and

3. This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND